# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2813
LT Case No. 2022-CF-11854-A

_____

TODD JOSEPH AKERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

Todd Joseph Akers, Live Oak, pro se.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant
Attorney General, Tallahassee, for Appellee.

July 12, 2024

PER CURIAM.

    Todd Joseph Akers (Appellant) brings this appeal pursuant to
*Anders v. California*, 386 U.S. 738 (1967), following his entry of a
negotiated plea of guilty to the charge of possession of a firearm by
a convicted felon with actual possession of a firearm, in violation

of sections 790.23(1)(a) and 775.087(2)(a)(1), Florida Statutes (2002). We affirm but remand for the trial court to cite to section 790.23(1)(a), Florida Statutes, and to designate the crime to which Appellant pled was a second-degree felony. *See Martin v. State*, 320 So. 3d 354, 355 (Fla. 1st DCA 2021) (remanding for correction of scrivener's errors in the judgment and for the written sentence to match the oral pronouncement); *Rosen v. State*, 272 So. 3d 875, 875 (Fla. 5th DCA 2019) (remanding with directions that scrivener's error be corrected so that the judgment accurately reflects the underlying offense).

AFFIRMED; REMANDED with instructions.

EDWARDS, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2